UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINA MARIE RIGGAN,<br><br>       Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL,<br><br>       Defendant. | Case No. C18-1041JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The court GRANTS plaintiff's *in forma pauperis* application (Dkt. # 1), and ORDERS:

(1) The Clerk shall issue summonses to Ms. Riggan.

(2) Ms. Riggan is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4. Ms. Riggan may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to [USAWAW.SSAClerk@usdoj.gov](mailto:USAWAW.SSAClerk@usdoj.gov).

DATED this 19th day of July, 2018.

_____
JAMES L. ROBART
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2