1    United States District Judge Honorable James L. Robart

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16                         UNITED STATES DISTRICT COURT

17                      WESTERN DISTRICT OF WASHINGTON

18                                     SEATTLE

19   TINA MARIE RIGGAN,                      )   Case No.: 2:18-cv-01041
                                             )
20              Plaintiff,                    )   ~~PROPOSED~~ ORDER
                                             )
21        v.                                  )
                                             )
22   Commissioner of Social Security,        )
                Defendant                     )
23                                            )

24

25   Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28

U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of

1  $6474.39. shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).  If it

2  is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the

3  Department of the Treasury's Offset Program, then the check for EAJA fees shall be made

4  payable to Tha Win, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

5  Any check for EAJA fees shall be mailed to Plaintiff's counsel, Tha Win, at 606 Maynard Ave.

6  South, Suite 201, Seattle, WA 98104.

7

8  Dated this 27 day of June 2019.

9

10

11  UNITED STATES JUDGE

12

13  Presented by:

   By: _____
14  Tha Win Attorney #23217
   606 Maynard Avenue South
15  Suite 201
   Seattle, WA 98104
16  Telephone: (206) 903-0289
   Fax: (206) 720-9710
17  E-mail: thawinlaw@yahoo.com
18  Attorney for Plaintiff

19

20

21

22

23

24

25

PROPOSED ORDER - 2